AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 04, 2026

SEAN F. McAVOY, CLERK

SHELLEY A.             )
*Plaintiff*             )
v.             )
            )
            )

Civil Action No.   4:25-CV-5140-TOR

COMMISSIONER OF SOCIAL SECURITY
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑   other:   Plaintiff's Motion for EAJA Attorney's Fees (ECF No. 18) is GRANTED. The Commissioner is directed to pay EAJA fees in the amount of $5,867.04 for attorney's fees and costs.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   THOMAS O. RICE

Date:   8/4/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*